468 A.2d 849

Commonwealth v. Gibson, Appellant.

Submitted

610

September 9, 1983. Robert W. Suter, Assistant Public Defender, for appellant; Peter M. Hileman, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, CAVANAUGH and HOFFMAN, JJ.

Affirmed.